IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and RAYMOND JACQUES, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>ANN WILSON,<br><br>Respondent. | No. C-05-2804-JSW<br><br>**ORDER ENFORCING SUMMONS** |

This case having come on for hearing on September 23, 2005, at 9:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Ann Wilson, shall appear before Revenue Officer Raymond Jacques, or any other designated agent, on October 13, 2005, at 9:00a.m., at the Offices of the Internal Revenue Service located at 1301 Clay Street, Suite 1040, Oakland, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibit A** and produce for the Revenue

1  Officer's inspection and copying respondent's records also described in the subject Internal
2  Revenue Service summons.
3
4  **ORDERED** this  27  day of September, 2005 , at San Francisco, California.
5
6
7
8  _____
   UNITED STATES DISTRICT JUDGE

# EXHIBIT A



# Summons

In the matter of __Ann Wilson & Lawrence Goldfield, 6021 Acacia Ave, Oakland, CA  94618-1816__

Internal Revenue Service (Division): __Small Business/Self Employed__

Industry/Area (name or number): __Small Business/Self Employed - California Area__

Periods __December 31, 1997, December 31, 1999, December 31, 2000__

## The Commissioner of Internal Revenue

To __Ann Wilson__

At __6021 Acacia Ave Oakland, CA 94618-1816__

You are hereby summoned and required to appear before Raymundo Jacquez Jr., an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for January 1, 2004 thru May 1, 2005, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

__Internal Revenue Service, 1301 Clay Street Suite 1040 S, Oakland, CA 94612   (510) 637-2302__

Place and time for appearance at: __Internal Revenue Service, 1301 Clay Street Suite 1040 S, Oakland, CA 94612__

on the __17th__ day of __May__, __2005__ at __9:00__ o'clock __A__ m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this ____ day of _____, 2005

Signature of Issuing Officer                          __Revenue Officer__
                                                      Title

Signature of Approving Officer (if applicable)        Title

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5-4-05 | 2:52 PM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| [signature] | Loan Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)

# Summons Referral

Case 3:05-cv-02804-JSW   Document 9   Filed 09/23/2005   Page 6 of 6

*(if more space is necessary, prepare attachments in quadruplicate.)*

| | |
|---|---|
| 1. Name and address of person summoned<br>ANN WILSON<br>6021 ACACIA AVE<br>OAKLAND, CA 94618-1816 | 8. Taxpayer's name and last known address if different from item 1. |
| 2. Summons served at above address?<br>☒ Yes   ☐ No *(Explain in Section C)* | 9. Taxpayer's TIN: 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 |
| 3. Manner of Service<br>☐ personal service on person summoned<br>☐ personal service on person authorized to accept service of process- name and title:<br>☐ delivered to other person over 16 years old at last known address - name and relationship to person summoned:<br>☒ left at last known address-not delivered to anyone: *(specify method, i.e., slipped under door, attached to door, etc.)* ATTACHED TO THE FRONT DOOR | 10. Type of Investigation<br>☒ delinquent account   ☐ examination<br>☐ delinquent return     ☐ other *(specify)*<br>☐ criminal<br><br>11. Type of tax and periods involved *(Explain in A. If periods in description of records are different from periods stated in summons caption.)*<br>1040 TAXES FOR THE CALENDAR YEARS ENDING DECEMBER 31, 1997, DECEMBER 31, 1999, AND DECEMBER 31, 2000<br><br>12. All applicable tax periods included on summons?<br>☒ Yes   ☐ No *(Explain in Section C.)* |
| 4. If third party summons, was notice given to all persons to whom records pertain?<br>☐ Yes *(indicate in Section B whether petition to quash summons was filed.)* If noticee(s) other than taxpayer, list names and addresses in Section C.)<br>☐ No *(Explain in Section C.)*<br>☒ Not a third party summons | 13. Statute of limitations problems?<br>☐ Yes *(Explain in Section C.)*   ☒ No<br><br>14. Tax liability involved<br>assessed $ 85,280.00<br>estimated $ 128,000.00   *(Explain in Section C.)* |
| 5. Date of Service: MAY 4, 2005   Appearance Date: MAY 17, 2005 | 15. Taxpayer Category *(corporation, salaried individual, etc.; include spouse if applicable)*<br>SELF-EMPLOYED |
| 6. Person Summoned<br>☒ did not appear   ☐ appeared but did not provide all summoned information | 16. Other civil, criminal, or adminstrative actions *(Summons enforcement, suit, seizure, etc.)* pending against taxpayer or person summoned?<br>☒ Yes *(Explain in Section C.)*   ☐ No |
| 7. Does the IRS possess any of summoned information?<br>☐ Yes *(Explain in Section C.)*   ☒ No | 17. Has there been a referral of this or a related case to the Department of Justice?<br>☐ Yes *(Explain in Section C.)*   ☒ No |

A. Describe exact purpose of summons and relevance of summoned information to periods under investigation:
FINANCIAL INFORMATION IS NEEDED IN ORDER TO MAKE A COLLECTION DETERMINATION. T/P PHONED TO RESCHEDULE. SHE STATED SHE HAD TO APPEAR IN COURT ON DATE OF SUMMONS. SHE WAS GIVEN AN ALTERNATE DATE WHICH SHE STATED SHE COULD MAKE. HOWEVER, SHE DID NOT SHOW UP FOR THAT APPOINMENT EITHER. MS. WILSON HAD TWO PREVIOUS APPOINTMENTS PRIOR TO THE SUMMONS AND SHE MISSED THOSE DATES ALSO. SUMMONS DATE WAS EFFECTIVELY THE

B. Reason for not complying, if known:
PER MS WILSON SHE HAD A CONFLICTING WORK SCHEDULE.

C. Other information *(Include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer.)*

| | | | |
|---|---|---|---|
| Referring Officer's Name, Telephone Number, Office Location, and Office Symbols<br>Raymundo Jacquez Jr., (510) 637-2302, 33041092 | | Referring Officer's Signature *(signed)* | Date Referred<br>May 20, 2005 |
| Issuing Officer's Name<br>*Raymundo Jacquez* | | | Date Issued<br>May 2005 |
| Approved by (Signature and Title)—If Required | Date Approved | Reviewed by (Signature and Title) | Date Reviewed |

Form **4443** (Rev. 2-93)        **Part 3 - District Counsel**        Department of the Treasury