```
1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2   JAY R. WEILL (CSBN 75434)
    Assistant United States Attorney
3   Chief, Tax Division

4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
5      Telephone: (415) 436-7017
       Fax:       (415) 436-6748
6
    Attorneys for the United States of America
7
                       UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9
                           SAN FRANCISCO DIVISION
10
```

| | |
|---|---|
| UNITED STATES OF AMERICA and, RAYMUNDO JACQUEZ, Revenue Officer, | Case No. C-05-02804 JSW |
| Petitioners, | **APPLICATION TO DISMISS AND ORDER** |
| v. | |
| ANN WILSON, | |
| Respondent. | |

This summons enforcement case can be dismissed because the Court entered an Order Enforcing Summons on September 27, 2005.

KEVIN V. RYAN
United States Attorney

/s/

JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED.

Dated: October 12, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE